BRIAN STRETCH
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE ASHE,<br>    Plaintiff,<br>vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant, | CASE NO.: 5:15-CV-6047-PSG<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

    IT IS HEREBY STIPULATED by and between the parties, through their assigned counsel, subject to the Court's approval, that plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act, (EAJA) in the amount of TWO THOUSAND FIVE HUNDRED FIFTY-THREE DOILLARS AND SEVENTY-THREE CENTS ($2,553.73), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00). This amount represents compensation for all legal services counsel rendered on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to

any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees approved to be made directly to Plaintiff's counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: August 1, 2016        */s/ Andrew Shaffer*
                             ANDREW K. SHAFFER (authorized by e-mail, 7/31/16)
                             Attorney for Plaintiff


Dated: August 1, 2016        BRIAN STRETCH
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                    By:      */s/ Marcelo Illarmo*
                             MARCELO ILLARMO
                             Special Assistant United States Attorney

                             Attorneys for Defendant

1

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: _____                    _____
                                                                                 United States District Judge